1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAZMIN ROMERO CANDELARIO, formerly known as Yazmin Hernandez, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>BURLINGTON MERCHANDISING CORPORATION, a Delaware corporation; BURLINGTON DISTRIBUTION CORP.; a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.:   5:19-cv-01526 JVS (SPx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

///

///

///

# ORDER

Based on the Joint Stipulation for Dismissal of the entire action with prejudice entered into by Plaintiff YAZMIN ROMERO CALENDARIO and Defendants BURLINGTON MERCHANDISING CORPORATION and BURLINGTON DISTRIBUTION CORP., by and through their respective attorneys, and upon finding of good cause, the Court hereby orders this action shall be, and is voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: August 27, 2020    _____
                                                Hon. James V. Selna
                                                United States District Judge

4839-2570-9257, v. 1